UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>D. JAMES, et al.,<br><br>    Defendants. | 1:11-cv-00099-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT JONES ON PLAINTIFF'S EIGHTH AMENDMENT CONDITIONS OF CONFINEMENT CLAIM, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

Deshawn Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds on the original Complaint filed by Plaintiff on January 20, 2011. (Doc. 1.) The Complaint names Lieutenant D. James, Sergeant M. Jones, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani as defendants, and alleges claims for unconstitutional conditions of confinement under the Eighth Amendment and improper processing of inmate appeals.

The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for unconstitutional conditions of confinement under § 1983 against Sergeant M. Jones. (Doc. 11.) On January 28, 2013, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claim found cognizable by the court. (Id.) On February 7, 2014, Plaintiff filed a notice informing the court that he is willing to proceed only on the cognizable Eighth Amendment conditions of confinement claim against defendant Sergeant M. Jones. (Doc. 13.)

Based on the foregoing, **IT IS HEREBY RECOMMENDED** that:

1. This action proceed only against defendant Sergeant M. Jones, on Plaintiff's claim for unconstitutional conditions of confinement under the Eighth Amendment;

2. All remaining claims and defendants be dismissed from this action;

3. Plaintiff's claims for improper processing of inmate appeals and for supervisory liability be dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted; and

4. Defendants Lieutenant D. James, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **February 10, 2014**               **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE