UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>            Plaintiff,<br><br>     vs.<br><br>D. JAMES, et al.,<br><br>            Defendants. | 1:11-cv-00099-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 14.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT JONES ON PLAINTIFF'S EIGHTH AMENDMENT CONDITIONS OF CONFINEMENT CLAIM; ORDER TO CHANGE CAPTION<br><br>ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

      Deshawn Miller ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint filed on January 20, 2011. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 10, 2014, the Court entered Findings and Recommendations, recommending that this action proceed only against defendant Sergeant M. Jones, on Plaintiff's Eighth Amendment conditions of confinement claim, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 14.) Plaintiff

was provided an opportunity to file objections to the Findings and Recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

**III.    CONCLUSION**

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 10, 2014, are ADOPTED in full;

2. This action now proceeds on Plaintiff's original Complaint, filed on January 2011, against defendant Sergeant M. Jones, on Plaintiff's Eighth Amendment conditions of confinement claim;

3. All remaining claims and defendants are DISMISSED from this action;

4. Plaintiff's claims for improper processing of inmate appeals and for supervisory liability are DISMISSED from this action based on Plaintiff's failure to state a claim upon which relief may be granted;

5. Defendants Lieutenant D. James, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani are DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them;

6. The Clerk of Court is directed to reflect the dismissal of defendants James, Carreon, Mendez, Gomez, Hall, and Zinani from this action on the court's docket; and

///

///

///

7. This case is referred back to the Magistrate Judge for further proceedings, including service of process.

8. The caption is to be changed to incorporate this Order.

IT IS SO ORDERED.

Dated:   **March 13, 2014**                    **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE