UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL, | 1:11-cv-00099-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR COPIES OF LOCAL RULES (Doc. 21.) |
| vs. | |
| SERGEANT M. JONES, | ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF LOCAL RULES PERTAINING TO PRISONER CASES |
| Defendant. | |

Deshawn Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint filed on January 20, 2011, against defendant Sergeant M. Jones, on Plaintiff's Eighth Amendment conditions of confinement claim.[1] (Doc. 1.)

On April 14, 2014, Plaintiff filed a request for the court to send him "a copy of the rules of this court." (21.) Plaintiff explains that he received the court's order directing service,

---

[1] On March 13, 2014, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 15.) Plaintiff's claims for improper processing of inmate appeals and for supervisory liability were dismissed from this action, based on Plaintiff's failure to state a claim upon which relief may be granted. Id. Defendants Lieutenant D. James, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani were dismissed from this action, based on Plaintiff's failure to state any claims upon which relief may be granted against them. Id.

and he is not familiar with the court's rules.  Good cause appearing, the court shall send Plaintiff copies of the Local Rules that pertain to prisoner cases.

      Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for copies of Local Rules is GRANTED;
2. The Clerk of Court is directed to send Plaintiff copies of the Local Rules that pertain to prisoner cases.

IT IS SO ORDERED.

    Dated:   **April 16, 2014**         **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE