UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>SERGEANT M. JONES,<br><br>        Defendant. | 1:11-cv-00099-LJO-GSA-PC<br><br>ORDER ADDRESSING PLAINTIFF'S REQUEST TO BE NOTIFIED<br>(Doc. 26.) |

Deshawn Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint filed on January 20, 2011, against defendant Sergeant M. Jones ("Defendant"), on Plaintiff's Eighth Amendment conditions of confinement claim.[1] (Doc. 1.)

On March 31, 2014, the court issued an order directing the United States Marshal ("Marshal") to serve process upon Defendant in this action. (Doc. 19.)  On June 5, 2014,

---

[1] On March 13, 2014, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 15.)  Plaintiff's claims for improper processing of inmate appeals and for supervisory liability were dismissed from this action, based on Plaintiff's failure to state a claim upon which relief may be granted. Id.  Defendants Lieutenant D. James, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani were dismissed from this action, based on Plaintiff's failure to state any claims upon which relief may be granted against them. Id.

1

Plaintiff filed a request to be notified of "any ordered deadlines set relating to the defendant being required to reply" to the Complaint. (Doc. 26.)

On May 21, 2014, the Marshal filed a Waiver of Service as to Defendant M. Jones, indicating a deadline of "60 days after 4/3/24" for Defendant to respond to the Complaint. (Doc. 23.) Subsequently, on June 5, 2014, the court issued an order granting Defendant M. Jones an extension of time until "thirty (30) days from the date of service of [the] order in which to file an answer to the Complaint." (Doc. 26.) Thus, Plaintiff has been notified of these deadlines established for Defendant M. Jones.

Plaintiff shall receive notice in this action as a matter of course.[2] All documents filed in this action shall be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff can rest assured that he will receive notice, at his address of record, of deadlines established in this case, provided he keeps the court informed of his current address.[3]

This order RESOLVES Plaintiff's request to be notified of deadlines in this action.

IT IS SO ORDERED.

Dated:   **June 9, 2014**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

---

[2] The Marshal shall notify Plaintiff and the court of completed service of process, whether successful or unsuccessful. Moreover, Plaintiff shall be served at his address of record with copies of any orders issued by the court in this action. Plaintiff should examine the documents he receives to discover whether any deadlines have been established.

[3] Plaintiff is required to keep the court apprised of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."