UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERGEANT M. JONES,<br><br>　　　　Defendant. | 1:11-cv-00099-LJO-GSA-PC<br><br>ORDER ADDRESSING PLAINTIFF'S SECOND REQUEST TO BE NOTIFIED (Doc. 30.) |

　　　　Deshawn Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint filed on January 20, 2011, against defendant Sergeant M. Jones ("Defendant"), on Plaintiff's Eighth Amendment conditions of confinement claim.[1] (Doc. 1.)

　　　　On July 23, 2014, Plaintiff filed a request to be notified when the court rules on Defendant's request for extension of time filed on July 23, 2014. (Doc. 30.)

---

[1] On March 13, 2014, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (Doc. 15.) Plaintiff's claims for improper processing of inmate appeals and for supervisory liability were dismissed from this action, based on Plaintiff's failure to state a claim upon which relief may be granted. Id. Defendants Lieutenant D. James, Property Officer F. Carreon, Correctional Officer J. Mendez, Appeals Coordinator R. Gomez, Appeals Coordinator R. Hall, and Appeals Coordinator L. Zinani were dismissed from this action, based on Plaintiff's failure to state any claims upon which relief may be granted against them. Id.

1

This is Plaintiff's second request to be notified of actions taken in this case. As Plaintiff was advised, he will receive notice in this action as a matter of course. **Plaintiff need not file a request to be notified.** All documents filed in this action, including court orders, shall be served upon all parties who have appeared in this action, including Plaintiff.[2]

This order RESOLVES Plaintiff's second request to be notified in this action.

IT IS SO ORDERED.

Dated:   **July 25, 2014**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff is required to keep the court apprised of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."