# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>M. JONES,<br><br>　　　　　Defendant. | CASE NO. 1:11-cv-00099-LJO-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER (ECF NO. 57) |

　　　　On November 14, 2016, M. Jones ("Defendant") filed an unopposed motion to modify the discovery and scheduling order. (ECF No. 57). Defendant asks the Court to move the deadline for filling exhaustion based summary judgment motions from December 1, 2016, to January 31, 2017. The current deadline is five days before the settlement conference. Defendant asks for the extension because the parties are in active settlement negotiations, and filing an exhaustion based summary judgment motion five days before the settlement conference could end up being a waste of time and resources. Deshawn Mitchell does not oppose Defendant's motion.

　　　　Given that Defendant and Plaintiff are in active settlement negotiations, and given that requiring Defendant to file an exhaustion based summary judgment motion five days before the settlement conference could be a waste of time and resources, IT IS ORDERED that Defendant's unopposed motion to modify the discovery and scheduling order is GRANTED.

　　　　Defendant has until January 31, 2017, to file an exhaustion based summary judgment motion. All other deadlines remain the same.
IT IS SO ORDERED.

　　　Dated:　**November 15, 2016**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1