UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>M. JONES,<br><br>    Defendant. | Case No. 1:11-cv-00099-LJO-EPG (PC)<br><br>ORDER FOR DEFENDANT TO FILE STATUS REPORT REGARDING THE STATUS OF THE SETTLEMENT<br>(ECF NOS. 62, 63, 64, & 65)<br><br>14-DAY DEADLINE |

On December 6, 2016, Magistrate Judge Sheila K. Oberto held a settlement conference for this case. (ECF No. 62). The case settled (ECF Nos. 62, 63, 64, & 65), and the parties were ordered to file dismissal documents upon disbursement of funds (ECF No. 63). Approximately six months have passed, and no dismissal documents have been filed.

Accordingly, IT IS ORDERED that within fourteen days from the date of service of this order, defendant Jones is to file a status report regarding the status of the settlement and final resolution of this case.

IT IS SO ORDERED.

Dated: **May 30, 2017**                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1